FILED
99 JAN 11 PM 1:59
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

ENTERED
JAN 1 1 1999

| | | |
|---|---|---|
| CHARLES WILLIE DAVIS, | ) | |
| Plaintiff, | ) | |
| vs. | ) | CV-98-AR-2836-S |
| LPN NURSES AUSTIN, et al, | ) | |
| Defendants. | ) | |

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on November 20, 1998, recommending that this action be transferred to United States District Court for the Middle District of Alabama. No objections have been filed by any party. .

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation , the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and his recommendation is ACCEPTED.  This action is due to be transferred to the Middle District of Alabama. An appropriate order will be entered.

DONE this the 11th day of January, 1999.

WILLIAM M. ACKER, JR..,
UNITED STATES DISTRICT JUDGE

